Oklahoma. The appeals are dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeals were allowed as petitions for writs of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is granted. The Solicitor General is requested to file a brief as *amicus curiae*. *Mac Q. Williamson*, Attorney General of Oklahoma, *Fred Hansen*, Assistant Attorney General, and *R. F. Barry* for appellant.

No. 266, Misc. McCANN *v.* CLARK, ATTORNEY GENERAL, ET AL. The motion for leave to file petition for writ of certiorari is denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for respondents.

No. 396, Misc. BRILL *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. The motion for leave to file petition for writ of habeas corpus is also denied.

No. 343, Misc. EX PARTE MONTGOMERY;
No. 349, Misc. ORONO *v.* CALIFORNIA ET AL.;
No. 360, Misc. BARNETT *v.* WRIGHT;
No. 382, Misc. REED *v.* NIERSTHEIMER, WARDEN;
No. 392, Misc. FORTUNE *v.* VERDEL;
No. 394, Misc. HILE *v.* OVERHOLSER; and
No. 398, Misc. RUTHVEN *v.* OVERHOLSER, SUPERINTENDENT. The motions for leave to file petitions for writs of habeas corpus are severally denied.

No. 369, Misc. KRUSE *v.* SUPREME COURT OF ILLINOIS;
No. 372, Misc. MINER *v.* SUPREME COURT OF ILLINOIS; and